UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 13 AM 4:02

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| CHRISTI LIETEAU | CIVIL ACTION |
| VERSUS | NO. 05-2793 |
| GOODWILL INDUSTRIES, SELA, INC. | SECTION "S" (3) |

### REPORT AND RECOMMENDATION

The matter is before the undersigned pursuant to an automatic referral. On July 8, 2005, plaintiff, Christi Lieteau, who is represented by counsel (Dele Akintade Adebaniji), filed the above captioned Title VII complaint alleging discriminatory discharge on account of her race and age. While summons was issued that date, it does not appear from a review of the record that the case has ever been served upon the defendant. This Court previously issued two reports recommending dismissal of the case for failure to prosecute which were withdrawn.[1] Counsel requested reissuance of summons.[2] As of February 2, 2006, no proof of service was filed into the record. This Court scheduled a third call docket hearing at 11:00 A.M. on March 8, 2006. To date, eight months have elapsed since suit was filed and it does not appear that the defendant has been served.

Far more than one hundred twenty (120) days has elapsed since the captioned matter was filed. This report issues pursuant to the *third* call docket hearing conducted in this case. Fed. R.

---

[1] *See* Report and Recommendation dated December 8, 2005 [Rec. Doc. No. 4]; Report and Recommendation dated January 10, 2006 [Rec. Doc. No. 7].

[2] *See* Request of Summons [Rec. Doc. No. 8]; Summons Issued as to Goodwill Industries, SELA, Inc. [Rec. Doc. No. 9].

1

__ Fee____
__ Process____
X Dktd____
/ CtRmDep____
__ Doc. No.____

Civ. P. 4(m) requires that the Court to dismiss the claim if it is not served within one hundred twenty (120) days, absent a showing of *good cause* for the failure to comply with the dictates of rule. No such showing has been made in this case. In this case it appears that two months elapsed pre-Hurricane Katrina, without service having either been made or attempted. Moreover, two months have elapsed since the last call docket hearing conducted in this case. Plaintiff's counsel failed to appear for this third call docket hearing.

## CONCLUSION

For the foregoing reasons, IT IS RECOMMENDED that Christi Lieteau's Complaint be dismissed without prejudice for failure to serve the defendant within 120 days after the filing of the complaint pursuant to Fed. R. Civ. P. 4(m).

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result form a failure to object. *Douglass v. United States Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 8th day of March, 2006.

DANIEL E. KNOWLES, III
**UNITED STATES MAGISTRATE JUDGE**