FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -2 PM 12: 42

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTIE LIETEAU** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-2793** |
| **GOODWILL INDUSTRIES, SELA, INC.** | **SECTION "S" (3)** |

## ORDER

The Court, after considering the record, the applicable law, and the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation, and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the complaint of the plaintiff, Christi Lieteau, is hereby DISMISSED without prejudice for failure to prosecute.

New Orleans, Louisiana, this _1_ day of _May_, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____